MARCH 12, 2002

No. 01–8889 (01A689). HOUSEL v. HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, pre-

DECLINE IN JUDGES' SALARIES COMPARED TO PRIVATE SECTOR WAGE GAINS
ADJUSTED FOR INFLATION
Annual % Change Since 1969

— Circuit and District Court Judge Salaries
— National Average Wages/Salaries

Data Sources:
Inflation based on the CPI-U Index from the Bureau of Labor Statistics.
Circuit and District Court Judge Salaries: American Bar Association and Federal Bar Association, Federal Judicial Pay Erosion: A Report on the Need for Reform 9 (Feb. 2001) (Chart A).
National Average Wages/Salaries: P. Purcell, CRS Report to Congress: Pay and Retirement Benefits for Federal Civil Service and Military Personnel: Increases from 1969 to 2000, p. 9 (Mar. 20, 2000) (Table 1) (CRS Report to Congress)

**Prepared by: Administrative Office of the U.S. Courts**

**APPENDIX TO OPINION OF BREYER, J.**

**CHART B**

**COMPARATIVE GAINS/LOSSES IN PAY RELATIVE TO INFLATION FROM 1993 TO 2000**

**Total % Gain/Loss To Inflation (14.8% for Period)**

Data Sources:
CRS Report to Congress 9 (Table 1).
U.S. Dept. of Labor, Bureau of Labor Statistics, Employment and Earnings, Median Weekly Earnings of Full-Time Wage and Salary Workers by Detailed Occupation and Sex, p. 243 (Jan. 1994) (Table 56), and, p. 213 (Jan. 2001) (Table 39).

**Prepared by: Administrative Office of the U.S. Courts**

APPENDIX TO OPINION OF BREYER, J.
CHART C

SALARIES OF JUDGES AND LAW PARTNERS
Adjusted to 2001 Dollars Using BLS Inflation Calculator

Legend:
◆ U. S. Courts of Appeals Judges
▫ U. S. District Court Judges
○ Partners in Largest Firms

Data Sources:
U. S. Courts of Appeals Judges: 28 U. S. C. A. §44 notes.
U. S. District Court Judges: 28 U. S. C. A. §135 notes.
Partners in Largest Firms: Mean figure used from "Profits Per Partner" chart in July/August editions of the 1986, 1991, 1996, and 2001 American Lawyer Magazine (to reflect previous year).
Salaries adjusted using the Bureau of Labor Statistics Inflation Calculator.

sented to JUSTICE KENNEDY, and by him referred to the Court, denied. Motion of Parliamentary Supporters of Tracy Housel et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.